Certiorari denied. *Gilbert T. Adams* for petitioners.

No. 262. HUDSON ET AL. *v.* GULF REFINING CO. ET AL. Certiorari denied. *Ben F. Cameron* for petitioners. *John E. Green, Jr., W. H. Watkins, Sr., P. H. Eager, Jr.* and *Garner W. Green* for the Gulf Refining Co. et al., and *J. Morgan Stevens* and *Ellis B. Cooper* for Lewis et al., respondents.

No. 276. FREDRICK ET AL. *v.* UNITED STATES. Certiorari denied. *Abraham Gottfried* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 279. LUSTIG ET AL. *v.* UNITED STATES. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Nathan L. Miller* and *J. Bertram Wegman* for petitioners. *Solicitor General Perlman, Frederick Bernays Wiener* and *Ellis N. Slack* for the United States.

No. 43. WINSTON *v.* ILLINOIS. Certiorari denied. Petitioner *pro se*. *George F. Barrett*, Attorney General of Illinois, *William C. Wines* and *James C. Murray*, Assistant Attorneys General, for respondent.

No. 104. HAWTHORNE *v.* SANFORD, WARDEN. Certiorari denied. Petitioner *pro se*. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.